IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT J. SOSNOSKIE,

      Petitioner,

vs.

TIMOTHY BRUNSMAN, WARDEN,

      Respondent.

Case No. 3:10-cv-267

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY ADOPTING INITIAL (DOC. #11) AND SUPPLEMENTAL (DOC. #14) REPORTS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; PETITIONER'S OBJECTIONS TO SAID JUDICIAL FILINGS (DOC. #13 AND #16) OVERRULED; JUDGMENT IN FAVOR OF RESPONDENT AND AGAINST PETITIONER, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge in his Initial (Doc. #11) and Supplemental (Doc. #14) Reports and Recommendations, as well as upon a thorough de novo review of this Court's file and the applicable law, said Reports and Recommendations are adopted in their entirety. The Petitioner's Objections to said judicial filings (Doc. #13 and #16) are overruled.

Judgment will be ordered entered in favor of Respondent and against Petitioner, denying Petitioner's leave to amend and dismissing his petition for writ

of habeas corpus with prejudice.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 14, 2011

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Robert J. Sosnoskie, *Pro Se*